UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>DANKO DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-07687 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　For the reasons stated on the record at today's hearing, it is hereby ORDERED that the Motion for Max Nicholas LLC to Withdraw as Attorney for Defendants at Dkt. 41 is GRANTED.

　　It is further ORDERED that the Motion for Leave to File First Amended Complaint at Dkt. 38 is GRANTED.

　　It is further ORDERED that the Motion to Stay at Dkt. 44 is DENIED.

　　It is further ORDERED that fact discovery shall be extended to **September 26, 2025.**

　　It is further ORDERED that the parties shall submit a revised case management plan that includes a revised expert-discovery deadline no later than **August 15, 2025.**

　　It is further ORDERED that, in light of his representation at the hearing that he does not intend to retain counsel, Defendant Danko Djunic shall forthwith file a *pro se* notice of

appearance, available at: https://www.nysd.uscourts.gov/sites/default/files/2018-06/Notice%20of%20Prose%20Appearance.pdf.

Defendant Djunic may contact the *Pro Se* Legal Assistance Clinic available to self-represented parties in civil cases for legal assistance. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). The City Bar Justice Center can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). The District Court's website also contains useful information regarding the litigation process for parties who are proceeding *pro se*, which is available at: https://www.nysd.uscourts.gov/prose.

Defendants are reminded that "a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it." *Colburn Fam. Found. v. Chabad's Child. of Chernobyl*, 739 F. Supp. 2d 614, 620 (S.D.N.Y. 2010) (quoting *Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006)).

The Clerk of Court is respectfully directed to terminate the pending motions at Dkts. 38, 41, and 44, and terminate Max Nicholas LLC as counsel of record for Defendants in this case.

Dated: August 1, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2