UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

                          Plaintiffs,

          -against-

DANKO DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

                          Defendants.

Case No. 1:24-cv-07687 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On August 1, 2025, the Court ordered Defendant Danko Djunic to "forthwith file a *pro se* notice of appearance, available at: https://www.nysd.uscourts.gov/sites/default/files/2018-06/Notice%20of%20Prose%20Appearance.pdf." Dkt. 50 at 1-2. Djunic has yet to do so.

Accordingly, the Court again orders Defendant Danko Djunic to file a *pro se* notice of appearance by **December 15, 2025**.

Dated: December 10, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge