UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, a
Liechtenstein entity, and STARLINE
SERVICES ESTABLISHMENT, a
Liechtenstein entity,

                Plaintiffs,

      -against-

DANKO DJUNIC, an individual; NATALIJA
DJUNIC, an individual; SKIFF CAPITAL
MANAGEMENT, LLC, a Delaware limited
liability company; SKIFF CAPITAL GP,
LLC, a Delaware limited liability company;
SKIFF CAPITAL MASTER FUND, LP, a
Cayman Islands exempted limited partnership;
SKIFF CAPITAL (OFFSHORE) FUND,
LTD., a Cayman Islands exempted company;
SKIFF CAPITAL FUND, LP, a Delaware
limited partnership,

                Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 6, 2026, Plaintiffs filed a motion for a pre-motion conference on their motion to compel. Dkt. 92. On February 11, 2026, Defendants filed their response. Dkts. 94, 95. The Court will hold a virtual conference on this matter on February 24, 2026, at 12:00 p.m. via Teams video conference. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive login credentials at the email addresses provided. The public list-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 208 419 267#.

Dated: February 12, 2026
     New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge