UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

Plaintiffs,

-against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

Defendants.

</td><td>

Case No. 1:24-cv-07687 (JLR)

**<u>ORDER</u>**

</td></tr>
</table>

JENNIFER L. ROCHON, United States District Judge:

On February 24, 2026, the Court heard argument regarding Plaintiffs' Motion to Compel, Dkt. 92, and non-parties Luka and Vuk Djunic's Motion to Quash, Dkt. 97. Both letter motions are fully briefed. Dkts. 94, 95, 99. For the reasons stated on the record, the Court ORDERS as follows:

1. The Motion to Quash is GRANTED IN PART AND DENIED IN PART.

   a. Luka and Vuk Djunic are each ordered to appear remotely for a half-day deposition by **March 13, 2026**.

   b. Plaintiffs' document subpoenas shall be narrowed in scope to communications regarding the Skiff Entities *and* Sounion, and further limited in time to 2010 through 2024. The non-parties are to produce

relevant documents before the depositions that must take place before **March 13, 2026**.

2. Plaintiffs' Motion to Compel is GRANTED IN PART AND DENIED IN PART.

   a. Plaintiffs' request for Defendants Natalija and Danko Djunic's tax returns is GRANTED.  Defendants are to produce their tax returns from 2010 to 2024 by **March 13, 2026**.

   b. Plaintiffs' request for production of documents responsive to Requests for Production 2 and 3 is DENIED as to Defendant Danko Djunic and GRANTED as to Defendant Natalija Djunic.  Mrs. Djunic is to conduct a supplemental search of her records using the search terms provided by Plaintiffs and produce responsive documents, if any, by **March 13, 2026**.

   c. Plaintiffs' request to compel communications as to which Defendant Natalija Djunic invoked the marital privilege during her deposition is DENIED IN PART.  Because Mrs. Djunic has testified that she does not recall any communications with Mr. Djunic regarding transfers made by him, there is no information to compel.  Plaintiffs' request is therefore DENIED with respect to those communications.  However, the Court will reserve judgment on Plaintiffs' request to compel communications regarding Mrs. Djunic's name appearing in Skiff Funds financial records, including a 2010 draft operating agreement.

3. The parties shall provide supplemental briefing, not to exceed three pages in length, regarding the choice-of-law issue and marital privilege invoked in relation to the Motion to Compel by **February 25, 2026, at 4:00 p.m.**  The Court will hear argument from the parties on **February 26, 2026, at 11:30 a.m.**  The

2

conference shall be virtual and held via Teams video.  Login information shall be provided to the email addresses previously submitted by the relevant parties and counsel.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 114 679 8#.

4. The parties' discovery schedule shall be amended as follows:

    a. Fact Discovery Deadline: **March 13, 2026**;

    b. Expert Discovery Deadline: **June 4, 2026**;

    c. Post-Discovery Conference: **July 16, 2026, at 10:00 a.m.**

5. The parties shall submit an Amended Civil Case Management Plan and Scheduling Order reflecting the revised dates by **February 25, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 97.

Dated: February 24, 2026
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

3