UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

                                Plaintiffs,

-against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

                                Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On February 26, 2026, the Court heard supplemental argument regarding Plaintiffs' Motion to Compel. Dkt. 92. The letter motion is fully briefed. Dkts. 94-95, 102-03. For the reasons stated on the record, the Court ORDERS as follows:

1. The Court incorporates by reference its holding in Dkt. 101 and further finds with respect to the sole unresolved issue that Plaintiffs' request to compel communications regarding Mrs. Djunic's name appearing in Skiff Funds financial records, including a 2010 draft operating agreement, is GRANTED.

2. Accordingly, Mrs. Djunic's deposition may be reopened for a 30 minute remote deposition to pursue that line of questioning.

The Clerk of Court is respectfully directed to terminate the motion at Dkts. 92-94, 103.

Dated: February 26, 2026
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge