UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,<br><br>                  Plaintiffs,<br><br>-against-<br><br>DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,<br><br>                  Defendants. | Case No. 1:24-cv-07687 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on Defendant Natalija Djunic's motion to dismiss, Dkt. 63, on **May 5, 2026, at 2:30 p.m.**  The hearing will be held remotely via Microsoft Teams video conference.  Plaintiff's counsel shall submit an appearance sheet on behalf of both parties pursuant to the Court's Individual Rule 2.B, and the parties will receive login credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 213 380 267 598 15#.

Dated: April 24, 2026
      New York, New York

                                     SO ORDERED.

                                     _____
                                     JENNIFER L. ROCHON
                                     United States District Judge