UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

                          Plaintiffs,

            -against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

                          Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the hearing held on May 5, 2026, Defendant Natalija Djunic's motion to dismiss, Dkt. 63, is DENIED. Accordingly, she must submit an answer to the amended complaint, Dkt. 51, by **May 19, 2026**. *See* Fed. R. Civ. P. 12(a)(4)(A).

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 63.

Dated: May 5, 2026
        New York, New York

                          SO ORDERED.

                          _____
                          JENNIFER L. ROCHON
                          United States District Judge