UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

Plaintiffs,

-against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 25, 2026, Plaintiffs filed a letter motion for a pre-motion conference, in which they outlined the bases for their anticipated summary judgment motion. *See* Dkt. 120. Pursuant to the Court's Individual Rule 3.I.i, any response to Plaintiffs' letter was due by **July 2, 2026**. To date, Defendants have not filed a response letter. As a courtesy, the Court will extend Defendants' deadline to file their response, if any, to **July 8, 2026**.

Dated: July 6, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge