UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*; STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

Plaintiffs,

-against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at the parties' July 16, 2026 conference, Plaintiffs' and Defendant Natalija Djunic's requests for leave to file motions for summary judgment and Defendants Natalija and Danko Djunic's request for leave to file a *Daubert* motion are GRANTED. The briefing schedule for all three motions shall be as follows:

1. Opening briefs are due by **August 27, 2026**.
2. Opposition briefs are due by **October 8, 2026**.
3. Reply briefs are due by **October 29, 2026**.

Additionally, Defendant Danko Djunic's deadline to file his answer to the amended complaint, Dkt. 51, is extended *nunc pro tunc* to **July 27, 2026**.

Dated: July 16, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge