UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC SERVICES ESTABLISHMENT, *a Liechtenstein entity*, and STARLINE SERVICES ESTABLISHMENT, *a Liechtenstein entity*,

Plaintiffs,

-against-

DANKO DJUNIC, *an individual*; NATALIJA DJUNIC, *an individual*; SKIFF CAPITAL MANAGEMENT, LLC, *a Delaware limited liability company*; SKIFF CAPITAL GP, LLC, *a Delaware limited liability company*; SKIFF CAPITAL MASTER FUND, LP, *a Cayman Islands exempted limited partnership*; SKIFF CAPITAL (OFFSHORE) FUND, LTD., *a Cayman Islands exempted company*; and SKIFF CAPITAL FUND, LP, *a Delaware limited partnership*,

Defendants.

Case No. 1:24-cv-07687 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendants Natalija Djunic's and Danko Djunic's letter motions seeking an extension of the *Daubert* motion briefing schedule to align with the amended briefing schedule for the parties' summary judgment motions. *See* Dkts. 145, 146. Both motions are DENIED as moot because the Court has already granted Defendants their requested relief. *See* Dkt. 144.

Dated: August 31, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge